UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

           Plaintiff,

v.

CLARK COUNTY PROSECUTOR,

           Defendants.

Case No. 3:22-cv-05969-JLR

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED. Plaintiff's action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 6th day of February, 2023

James L. Robart
United States District Judge

ORDER - 1